**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RONALD G. DANDAR, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 05-472 Johnstown |
| DAVID GOOD, Superintendent, et al., | ) |
| Respondents. | ) |

## MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on December 30, 2005 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on January 4, 2006, recommended that the Petitioner's motion [Doc. #1] for leave to proceed *in forma pauperis* be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail at SCI Cresson, where he is incarcerated, and on Respondents. Objections were filed by Petitioner on January 17, 2006. After de novo review of the petition and documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

AND NOW, this 25th Day of January, 2006,

IT IS HEREBY ORDERED that the Petitioner's motion [Doc. #1] for leave to proceed *in forma pauperis* is DENIED.

The Report and Recommendation of Magistrate Judge Baxter, dated January 4, 2006, is adopted as the opinion of the Court.

/s  Sean J. McLaughlin
United States District Judge

cm: All parties of record.
Susan Paradise Baxter
U.S. Magistrate Judge