IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD G. DANDAR, )<br>    Plaintiff, )<br>)<br>V.                )<br>)<br>DAVID GOOD, et al., )<br>    Defendant. ) | Civil Action No. 05-472 J |

ORDER

_____AND NOW, this 20th day of June, 2006, upon consideration of the Plaintiff's

Appeal (Document No. 20) of the Magistrate Judge's Order dated May 18, 2006

IT IS HEREBY ORDERED that the said appeal is DENIED and the Order of the

Magistrate Judge (Document No. 19) IS HEREBY IS AFFIRMED

                                                                         S/Sean J. McLaughlin
                                                                         Sean J. McLaughlin
                                                                         United States District Judge

cc: all parties of record.nmk