# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RONALD G. DANDAR,  )
       Petitioner,  )
                       ) Civil Action No. 05-472 Johnstown
v.  )
DAVID GOOD, et al.,  )
       Respondents.  )

## MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on December 30, 2005 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on May 15, 2007, recommended that the petition for writ of habeas corpus be denied and that a certificate of appealability be denied.  The parties were allowed ten (10) days from the date of service to file objections.  Service was made on Petitioner by certified mail at SCI Cresson, where he is incarcerated, and on Respondents.  Objections were filed by Petitioner on May 25, 2007 [50].  After de novo review of the petition and documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

AND NOW, this 11th day of June, 2007;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is DENIED and that a certificate of appealability is DENIED.

The Report and Recommendation of Magistrate Judge Baxter, dated May 15, 2007 [49], is adopted as the opinion of the Court.

                                      /s   Sean J. McLaughlin
                                            SEAN J. McLAUGHLIN
                                            United States District Judge

cm:   All parties of record.
       U.S. Magistrate Judge Susan Paradise Baxter